Michael J. DePaul (SBN 231641)
michael@topdepaul.com
Denise K. Top (SBN 238961)
denise@topdepaul.com
**TOP | DEPAUL LLP**
653 11th Street
Oakland, CA 94607
Tel: (510) 451-1200
Fax: (510) 465-1566

Attorneys for Plaintiff
Darren Cole


LISA C. HAMASAKI, CA Bar No. 197628
lisa.hamasaki@ogletree.com
LISA M. BOWMAN, CA Bar No. 253843
lisa.bowman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
NXP USA, INC. (as successor in interest to NXP
SEMICONDUCTORS USA, INC.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN COLE,<br><br>             Plaintiff,<br><br>        v.<br><br>NXP SEMICONDUCTORS USA, INC., a corporation doing business in California; and DOES 1 through 50, inclusive,<br><br>             Defendant. | Case No.: 5:17-cv-02656-NC<br><br>**ORDER DISMISSING ENTIRE CASE WITH PREJUDICE**<br><br>Complaint Filed:  April 5, 2017<br>Judge:        Hon. Nathanael Cousins |

The Court, having considered the Parties' Joint Stipulation to dismiss the present action, and with good cause appearing, hereby orders as follows:

Plaintiff's claims in this action are hereby dismissed with prejudice, each side to bear its own fees and costs. As requested, the Court retains jurisdiction to enforce the settlement agreement between the parties.

IT IS SO ORDERED

DATED: _____July 16_____, 2018



GRANTED

Judge Nathanael M. Cousins